PS 8
(Rev. 12/00)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Georgia

FILED IN CLERKS OF:
U.S.D.C. Gainesville

FEB 0 9 2004

LUTHER D. THOMAS, Cl
By:

U.S.A. vs. Arturo Maynard Reyes        Docket No. 2:03-CR-061-01-WCO

### Petition for Action on Conditions of Pretrial Release

COMES NOW T. Phillip Weaver, PROBATION OFFICER, presenting an official report upon the conduct of defendant Arturo Maynard Reyes, who was placed under pretrial release supervision for the offense of Conspiracy to Possess and Distribute Marijuana, 21 U.S.C. 952 and 963, by the Honorable Susan S. Cole sitting in the Court at Gainesville, on October 10, 2003, under the following conditions:

1) Abide by the following restrictions on personal association, place of abode, or travel: No travel outside of the Northern District of Georgia unless approved by the Court.
2) Execute a bail bond with solvent sureties in the amount of $50,000.
3) Surrender any passport.
4) Shall be supervised by the pretrial services office and follow the instructions of the supervising officer.
5) Any proposed travel outside the Northern District of Georgia shall be approved before leaving the district.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here: if lengthy write on separate sheet and attach)

### Notify the Probation Officer Immediately of Any Change in Address, Employment or Telephone:
On or about January 10, 2004, the defendant moved from his last reported residence at 878 Jefferson Hwy, Winder, GA, without notification or authorization and has failed to report the change as directed. The defendant is no longer employed at his last reported place of employment, having made no contact with his employer since on or about January 10, 2004. The defendant's current whereabouts and situation are unknown as he has absconded supervision.

### Report to the Probation Officer Each Week Via Telephone:
The defendant has failed to make telephone contact each Wednesday with the probation officer as directed, having failed to call on January 28, and February 4, 2003. The last telephone contact with the defendant was on January 21, 2004.



FILED
AUG - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PRAYING THAT THE COURT WILL ORDER the revocation of the defendant's bond and his detention pending the outcome of this case..

ORDER OF COURT

Considered and ordered this 6 day of February, 2004 and ordered filed and made a part of the records in the above case.

_____
Honorable William C. O'Kelley
U. S. District Court Judge

Respectfully,

_____
T. Phillip Weaver
U. S. Probation Officer

Place: Gainesville, Georgia

Date: February 6, 2004

_____
Rhonda L. Ray
Supv. U. S. Probation Officer

ATTEST: A TRUE COPY
CERTIFIED THIS

FEB - 9 2004

Luther D. Thomas, Clerk
By: _____
Deputy Clerk