OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

August 28, 2007

Clerk of Court
U.S. District Court
Northern District of Georgia
201 United States Courthouse
121 Spring Street, S.E.
Gainesville, GA 30501

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

SEP - 4 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

    Re: United States v. Arturo Maynard Reyes;
       Case No. CR 03-61-1-WCO - USDC/NDGA;
       07-130M-MPT - USDC/DE

Dear Clerk:

    Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Keith J. Kincaid
Deputy Clerk

/kjk
enclosure

I hereby acknowledge receipt of the record in the above referenced case on   9-4-07  .
                                   (date)

_____
Signature

_____
Title (Deputy Clerk)

FILED
SEP 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE